EXHIBIT "A"

1  ARTHUR MOGILEFSKY SBN: 57834
2  878 Mesa Drive
   Arroyo Grande, California93420
3  Telephone: (805) 904-6164
   Fax: (805) 904-6164
4  Email: mogel@charter.net
   Pro Se
5

ELECTRONICALLY
FILED
1/13/2020 2:46 PM
SAN LUIS OBISPO SUPERIOR COURTS
BY Carol L-McGuirk
Carol L. McGuirk, Deputy Clerk

6       SUPERIOR COURT OF CALIFORNIA SAN LUIS OBISPO COUNTY

7                    LIMITED CIVIL ACTION

8

9  ARTHUR MOGILEFSKY,                 Case No:  20LC-0052

10              Plaintiff,            **BREACH OF CONTRACT**

11  vs.                              **UNRUH CIVIL RIGHTS ACT**

12  DELTA AIR LINE, INC.             **DAMAGES AND INJUNCTION**
    A DELEWARE STATE ENTITY
13

14              Defendant.            **DEMAND DOES NOT
                                       EXCEED$10,000**
15

16

17                    ## NATURE OF THE ACTION

18
      This action is brought against Delta Air for breach of
19
   contract violation of the Plaintiff's civil rights as defined
20
   in the Unruh Act and injunction.
21
                    ## JURISDICTION AND VENUE
22
      The Court has jurisdiction over this matter; the Plaintiff,
23
   is a disabled natural person, and is a resident of this State.
24
   Delta has scheduled flights from numerous California airports.
25
   The contract with the Defendant for transportation was partially
26
   executed in this County, and the Defendant advertises it
27
   services over the Internet to residents of this County.
28
      This action is not removable to Federal Court because there is
   no independent action available under Federal law cited in this

                              1

         Mogilefsky v Delta Air-Complaint for Damages and
                           Injunction

1 complaint, nor does it meet the $75,000 Federal jurisdictional
2 threshold for removal.

3 <u>**STATEMENT OF FACTS**</u>

4     On January 9, 2020, the Plaintiff visited Delta's website.
5 There was an advertisement on the website indicating that Delta
6 transported passengers between San Francisco, California, and Los
7 Angeles, California, and return for a sum certain in USD.

8     The Plaintiff entered his destinations and offered to pay the
9 sum required, and after the Plaintiff entered credit card
   information, Delta accepted his offer forming a binding contract.
10    That contract is attached hereto as ("Exhibit A") designated
11 by confirmation #: JLS9NU.

12    The Plaintiff was then directed to a page on Delta's website
13 called "Accessibility Service Request Form" ("Exhibit B" Page 1).
14 there were several "steps" with choices ostensively related to
15 the Plaintiff, who was traveling with his service animal. Only
16 the relevant steps are enumerated.

17    **STEP 4**: "SERVICE REQUEST DETAILS." The Plaintiff checked
   "ANIMAL-PSYCHIATRIC SERVICE."

18    **STEP 6**: "TRAVEL WITH ANIMALS DETAILS." This step listed a
19 choice of animals and training choices. The Plaintiff opted for
20 "DOG." The Plaintiff's psychiatric service dog is specially
21 trained to assist the Plaintiff with his disability.

22     The Plaintiff then opted for: "HAS HAD FORMAL TRAINING" and
23 "HAS BEEN TRAINED BY OWNER."

24    Requiring the Plaintiff to supply training related information
25 is prohibited because 14 CFR Part 382.117(e) which address
26 required supplemental documentation required of service animal
   owners does not provide for this information be required.

27

28

2

1   **STEP 7**: "SUBMISSION OF REQUIRED ANIMAL DOCUMENTS" ("Exhibit B"
2   Page 2).
3   The Plaintiff downloaded the four required documents
4   designated as FORM 1 through 4.
5   **Form No.1 "Acknowledgement Form"**: ("Exhibit C")
6   Form No.1 is prohibited because it is not permitted by 14 CFR
    Part 382.117(e), which addresses supplemental documentation
7   required of service animal owners.
8   **Form No.2 "Veterinary Health Form"**: ("Exhibit D")
9   Form No.2 is prohibited because it is not required by 14 CFR
10  Part 382.117(e), which addresses required supplemental
11  documentation required of service animal handlers.
12  **Form No.3 "Medical/Mental Health Professional Form"**:
13  ("Exhibit E)" Form No. 3 is prohibited because 14 CFR PART
    382,117(e) requires that the information thereon be on a mental
14  health professional's letterhead, nor does it define a medical
15  or mental health professional.
16  **Form No.4 "Confirmation of Animal Training"**:("Exhibit F")
17  Form No.4 is prohibited because it is a liability waiver
18  within the meaning of California Civil Code § 51.7(b) and 51.7.
19  It is also prohibited by 14 CFR §382.35(a) which states:
20          **"As a carrier, you must not**
            **require passengers with a disability**
21          **to sign a release or waiver of liability**
            **in order to receive transportation or to**
22          **receive services or accommodations for a**
            **disability"**.
23
24  Additionally, 14 CFR Part 382.33(a)states:
25          **"As a carrier, you must not subject**
            **passengers with a disability to**
26          **restrictions that do not apply to other**
            **passengers except as otherwise**
27          **permitted in this part (e.g., advance**
            **notice requirements for certain**
28          **services permitted by §382.27)"**.

Mogilefsky v Delta Air-Complaint for Damages and
Injunction

1    The Defendant required the Plaintiff to make multiple choices
2  and submit the forms referenced above as a condition of
3  transportation **AFTER** the contract was formed. In doing so, Delta
4  breached its agreement with the Plaintiff.

5    If the Plaintiff had agreed to pay the Defendant two hundred
6  and fifty dollars ($250), to transport his service animal round
   trip as a "pet", and gave up his claim to having a service dog
7  that travels at no additional charge, he would not be required to
8  submit any forms or supply additional information about his
9  service animal.

10    The Plaintiff reasonably believed under the totality of the
11  circumstances that he would be denied boarding his flight if he
   did not supply the required information and documents 48 hours
12  previous to his flight.
13
14    After examining the information required, the Plaintiff
   concluded the information sought by Delta was not only a breach
15  of contract and contrary to law, but it was discriminatory and a
16  violation of his civil rights as guaranteed by the Unruh Act.

17    The Plaintiff then navigated to the "cancel" page and canceled
18  the contract.

19              **FIRST CLAIM FOR RELIEF**
                **BREACH OF CONTRACT**
20
    The Plaintiff restates all of the allegations herein.
21
22  1. The Plaintiff and Defendant entered into a valid contract
       for transportation;
23
24  2. The Plaintiff performed all of the things the contract
       required of him;
25
26  3. The Defendant subsequent to entering the contract demanded
       that the Plaintiff perform acts not required by the
       contract;
27
28  4. The Plaintiff was harmed;

   5. Delta's breach of the contract was a substantial factor in
      causing the Plaintiff's harm.

                        4

   Mogilefsky v Delta Air-Complaint for Damages and
                    Injunction

1
2

SECOND CLAIM FOR RELIEF
VIOLATION OF THE UNRUH ACT

3     Plaintiff hereby restates all of the above.

4     1. Section (e)(1) of the Unruh Act defines a disability as
any mental or physical disability as defined in sections 12926
5  and 12926.1 of the Government Code:

6          §12926(j)(1) "Mental disability"
           includes, but is not limited to, all of
7          the following:

8          (1)Having any mental or psychological
           disorder or condition, such as
9          intellectual disability, organic brain
           syndrome, emotional or mental illness, or
10         specific learning disabilities, that
           limits a major life activity.
11

12     2. The Plaintiff meets the requirements of the Government Code
13  because he has a mental disorder that limits a major life
14  activity;

15     3. The Defendant is a "business" as defined in the Act because
16  it conducts the business of transporting passengers to and from
    California;
17

18     4. The Defendant intentionally discriminated against the
    Plaintiff because of his disability by requiring him to fill out
19  forms related to his service animal; whereas passengers who paid
20  the Defendant two hundred and fifty dollars ($250) were not
21  required to furnish any forms because their animals were
22  transported as "pets";

23     5. The Plaintiff's disability was a substantial motivating
24  reason for Defendant's conduct;

25     6. As a direct and proximate result of the behavior of Defendant
    the Plaintiff has suffered and will continue to suffer injuries,
26  loses and damages in an amount in excess of the jurisdictional
27  minimum of this Court;

28

5

Mogilefsky v Delta Air-Complaint for Damages and
Injunction

1  7. In doing the acts alleged in this complaint, the Defendant
2  knew that their actions were likely to injure the Plaintiff.

3  8. The Defendant intended to cause injury to the Plaintiff and
4  acted in willful and conscious disregard for Plaintiff's rights
5  under Civil Code Section 51 and was a substantial factor in
   causing the plaintiff harm;
6
7  9. The Defendant's violation of the Plaintiff's civil rights
   as guaranteed by Civil Code Section 51 entitles Plaintiff to
8  recover a minimum of $4,000 and injunctive relief, all of which
9  are provided for in Civil Code Section 52 and prayed for below.

10        **WHEREFORE**, Plaintiff prays for judgment
11 against Delta as follows:

12   1.  A declaration that the Defendant breached its
         contract with the Plaintiff;
13

14   2.  Damages for breach of contract in the amount of one
         dollar ($1.00);
15

16   3.  A declaration that the Defendant violated the
         Plaintiff's civil rights as defined in the Unruh Act;
17

18   4.  Damages of no less than $4,000.

19   5.  A permanent injunction:

20       (a). Prohibiting the Defendant from requiring
             information in *Step 6.* with respect to training of
21           a service animal;

22       (b). Prohibiting the Defendant's requirement that Forms
             1-4 be submitted to the Defendant as a condition of
23           transportation of a service animal;
24

25       (c). With respect to the Medical/Mental Health
             Professional information contained on the
26           professional's letterhead (referenced in Form
             3.), requiring the Defendant to define what "a
27           doctor" or "licensed mental health provider" means
             under California law.
28

6

Mogilefsky v Delta Air-Complaint for Damages and
Injunction

1

(d). Prohibit the Defendant from engaging in any conduct

2

fffddddddddddddddddddddddddddddddddddddto circumvent
the intent of (a-c).

3

INJUNCTIVE RELIEF AS PRAYED FOR UNDER 5.(a)through(e)ARE

4

APPLICABLE ONLY TO CALIFORNIA RESIDENTS.

5

6.  Costs of suit incurred herein;

6

7.  Attorney's fees where appropriate;

7

8.  Other relief as the Court deems proper.

8

9

Date: January 12, 2020

10

11

12

Arthur Mogilefsky-Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

Mogilefsky v Delta Air-Complaint for Damages and
Injunction

"EXHIBIT A"

**Subject:** Your Flight Receipt - ARTHUR MOGILEFSKY 16JAN20
**From:** "Delta Air Lines" <DeltaAirLines@t.delta.com>
**Date:** 1/9/2020, 2:29 PM
**To:** <mogel@charter.net>



### Hello, Arthur Mogilefsky

#### Your Trip Confirmation #: JLS9NU

You're all set. If you need to adjust your itinerary, you can make standard changes to your flight on delta.com including time, date and destination. Explore all of your options here.

YOUR PRE-TRIP CHECKLIST FOR EASIER TRAVEL:

**JOIN SKYMILES®** - start earning miles that don't expire and can take you to more than 1,000 destinations. In addition, receive important information about your trip whenever you fly. Join today for free >>

**DOWNLOAD THE FLY DELTA APP** – book a flight, upgrade or change your seats, speed through security, receive flight status notifications, track your bags and more.
Download now >>

**VISIT OUR NEED HELP PAGE** – get all your travel questions answered with information on self-service tools, baggage, SkyMiles, and more. >>

Have a great trip, and thank you for choosing Delta.

1/9/2020

Accessibility Service Request Form : Delta Air Lines

COUNTRY/REGION CODE

*PHONE NUMBER(AREA CODE) "EXHIBIT B-1"
TELEPHONE NUMBER)

| 1 |    | 8059046164 |

What is my Country/Region Code?

---

**STEP 4 | SERVICE REQUEST DETAILS:**

- ☐ ANIMAL - EMOTIONAL SUPPORT
- ☐ ANIMAL - TRAINED SERVICE
- ☐ EARLY BOARDING
- ☐ MEET & ASSIST AT AIRPORT
- ☐ OXYGEN - ONBOARD AIRCRAFT

- ☑ ANIMAL - PSYCHIATRIC SERVICE
- ☐ BASSINET
- ☐ LANGUAGE ASSISTANCE
- ☐ SEATING DUE TO MEDICAL NEED
- ☐ OTHER: [                    ]

---

**STEP 5 | TRAVEL DETAILS:**

Traveling on another airline besides Delta on this trip?   ⊙ YES   ◉ NO

Please mark any/all that apply for this specific trip as they may have restrictions or special procedures that will need to be adhered to:

- ☐ HAWAII, USA
- ☐ GRAND RAPIDS, MI - GRR AIRPORT
- ☐ WEST PALM BEACH, USA - PBI AIRPORT

- ☐ NEW YORK, USA - JFK AIRPORT
- ☐ SOUTH CAROLINA, USA - GSP AIRPORT

Traveling to/from/through any non-US location?   ⊙ YES   ◉ NO

---

**STEP 6 | TRAVEL WITH ANIMAL DETAILS:**

If you have a request for services such as Wheelchairs, Special Meals, Peanut Allergies, Deaf/Hard of Hearing or Blind/Low vision, visit My Trips Special Service requests.

Have you traveled with this animal(s) in the last 12 months?   ⊙ YES   ◉ NO

Will you be traveling with more than one animal?
⊙ YES   ◉ NO

WHAT ANIMAL TYPE(S) ARE YOU REQUESTING TO TRAVEL WITH?

Please mark any/all that apply for this specific trip.

- ☐ AMPHIBIAN
- ☐ BIRD: NON-HOUSEHOLD
- ☑ DOG
- ☐ FROG
- ☐ HEDGEHOG
- ☐ MONKEY
- ☐ PONY/SMALL HORSE
- ☐ REPTILE
- ☐ RODENT
- ☐ SNAKE
- ☐ SUGAR GLIDER
- ☐ OTHER [                ]

- ☐ BIRD - HOUSEHOLD
- ☐ CAT
- ☐ FERRET
- ☐ GOAT
- ☐ INSECT
- ☐ PIG/HOG
- ☐ RAT
- ☐ RABBIT/BUNNY
- ☐ SKUNK
- ☐ SPIDER
- ☐ TURTLE/TORTOISE

Please mark any/all that apply to your animal.

- ☑ HAS HAD FORMAL TRAINING
- ☐ HAS NOT HAD TRAINING
- ☐ HAS HORNS
- ☐ IS POISONOUS/VENOMOUS

- ☑ HAS BEEN TRAINED BY OWNER
- ☐ HAS TUSKS
- ☐ HAS HOOVES
- ☐ IS MALODOROUS (SMELLS)

1/9/2020

Accessibility Service Request Form : Delta Air Lines

What is the size of your animal? If taking more than one, please provide the information for the larger of the animals you plan to travel with.

**"EXHIBIT B-2"**

HEIGHT: `12` inches.   WEIGHT: `____` pounds (lbs)

---

**STEP 7 | SUBMISSION OF REQUIRED ANIMAL DOCUMENTS:**

UPLOAD YOUR COMPLETED AND SIGNED, REQUIRED DOCUMENTATION FOR YOUR REQUEST TO TRAVEL WITH YOUR EMOTIONAL/PSYCHOLOGICAL SUPPORT ANIMAL TO BE REVIEWED FOR APPROVAL. FOR INFORMATION AND REGARDING OUR SERVICE ANIMAL POLICIES AND PROCEDURES VISIT SERVICE ANIMALS

Note: This completed documentation must be submitted 48 hours prior to your departure.

DOCUMENTATION TYPE: `Select One ▼`   `_____` `BROWSE`

DOCUMENTATION TYPE: `Select One ▼`   `_____` `BROWSE`

DOCUMENTATION TYPE: `Select One ▼`   `_____` `BROWSE`

DOCUMENTATION TYPE: `Select One ▼`   `_____` `BROWSE`

*REQUIRED

☑ By checking this box, you consent that we may use health or information provided about you and traveling companions, to provide the Special Service Request. See our Privacy Policy

SUBMIT

# Search for a topic... 🔍

Popular Topics:   Accessible Travel Services   Travel with Children & Infants   Travel with Pets

---

| **ABOUT DELTA** | **CUSTOMER SERVICE** | **SITE SUPPORT** | **POLICIES** |
|---|---|---|---|
| About Us | Need Help? | Login Help | Customer Commitment |
| Careers | Tweet Us | Site Map | Tarmac Delay Plan |
| News Hub | Comment/Complaint | Browser Compatibility | Legal |
| Investor Relations | | Accessibility | Sustainability |
| Business Travel | | Booking Information | Contract of Carriage |
| Travel Agents | | | Cookies, Privacy & Security |
| Mobile App | | | Human Trafficking Statement |

© 2020 Delta Air Lines, Inc.  |  Travel may be on other airlines.

Terms and conditions apply to all offers and SkyMiles benefits. See specific offer for details, and visit SkyMiles Membership Guide & Program Rules

# ▲DELTA "EXHIBIT C" FORM 1 OF 4

## Emotional Support/Psychiatric Service Animal Request
## Acknowledgement Form

Delta welcomes travelers with service or emotional support animals in the aircraft cabin. Customers traveling with emotional support animals are required to provide the following documentation prior to acceptance.

### Instructions
1. Complete and sign the following PDF forms
2. Go to delta.com/mytrips to complete the service request form
3. At least 48 hours before your flight, attach the completed forms as part of your request to bring an emotional support animal
4. Visit the airport check-in counter, where your request will be verified at the airport by a Delta representative. Authorization for your animal is not confirmed until the animal is visually verified at airport check-in counter
5. Keep these completed forms with you while traveling

### Required Documents (Only valid for Delta/Delta Connection operated flights)

**Form 1 of 4: Acknowledgement Form**
Complete and submit this form acknowledging your agreement with policy requirements

**Form 2 of 3: Veterinary Health Form**
Complete and submit the form or provide official vaccination record

**Form 3 of 4: Medical/Mental Health Professional Form**
Please complete and submit the form

**Form 4 of 4: Confirmation of Animal Training**
Please complete and submit the form

Animal Information
Age:
Breed:
Weight:

### Please initial each requirement below indicating your acknowledgement.

These forms are valid for one year from the date the licensed medical or mental health professional treating the Delta customer has signed this form. _____ (Initial)

I am responsible for compliance with all Delta and governmental requirements, regulations or restrictions, including entry permits and health certificates required for travel entering into or exiting certain domestic or international locations. _____ (Initial)

Emotional support animals must be leashed or otherwise restrained and remain under the control of its owner for the duration of the journey. _____ (Initial)

Emotional support animals must remain in the owner's personal seat/foot space at all times while the owner is seated during flight. _____ (Initial)

Animals must not obstruct an aisle or other area that must remain unobstructed to facilitate an emergency evacuation. _____ (Initial)

If an animal carrier will be used, it must meet the approved animal carrier guidelines and fit under the aircraft seat. _____ (Initial)

Delta does not accept Pit Bull Type Dogs or Pit Bull Mixes onboard Delta flights. _____ (Initial)

Delta does not accept emotional support animals under 4 months of age. _____ (Initial)

 **DELTA** "EXHIBIT D" FORM 2 OF 4

## Emotional Support/Psychiatric Service Animal Request
# Veterinary Health Form

Please fill out and return the following at delta.com/mytrips. This form is only valid for Delta/Delta Connection operated flights and must be completed by a veterinary professional and submitted no less than 48 hours before the first flight on a customer's itinerary. You may submit a copy of vaccination records in lieu of this form as long as all of the below information is included.

| Customer Full Name or SkyMiles number: | |
|---|---|
| Animal Name:_____<br>Animal Sex:_____<br>Animal Type:_____<br>Animal Breed:_____<br>Color/Markings:_____ | Age/DOB:_____<br>Weight:_____<br>Rabies Tag #:_____<br>Microchip / tattoo # (If applicable):<br>_____ |

**Rabies Vaccine Date Given:** _____ **Valid through:** _____

### Veterinary Professional's License Information

| License Number: | Date License Issued: | State Where License Issued: |
|---|---|---|
| Name of Practice | Phone: | |
| **Name** (printed): | | |
| **Signature:** | Date: | |

- All completed and signed PDF documents must be uploaded as part of the service request on https://www.delta.com/mytrips/
- By submitting this form, the passenger and veterinarian consent to Delta's Privacy Policy.
- **Keep these completed forms with you while traveling.**
- **Authorization for your animal is not confirmed until the animal is visually verified at airport check-in counter.**

11/18/2019



**△ DELTA** "EXHIBIT E" FORM 3 OF 4

## Emotional Support/Psychiatric Service Animal Request
## Medical/Mental Health Professional Form

Please fill out and return the following to delta.com/mytrips. This form is only valid for Delta/Delta Connection operated flights and must be completed by medical or mental health professional treating the customer and submitted no less than 48 hours prior to first flight on a customer's itinerary. You may submit a letter, prepared on letterhead, and signed by a doctor or licensed mental health professional in lieu of this form as long as all of the below information is included.

| Customer Full Name or SkyMiles number: |
| --- |
| |

| | |
| --- | --- |
| I am a licensed medical/mental health professional treating the customer's mental or emotional disability. (Mark check box to confirm.) | ☐ |
| I have prescribed treatment that requires the animal identified to accompany the above named customer to accommodate this individual's mental or emotional disability. (Mark check box to confirm.) | ☐ |
| I certify that the customer has a mental health related disability listed in the Diagnostic and Statistical Manual of Mental Disorders and is under my care. (Mark check box to confirm.) | ☐ |

### Medical/Mental Health Professional's License Information

| License Number: | Date License Issued: | State Where License Issued: |
| --- | --- | --- |
| | | |
| Name of Practice: | Phone: | |
| | | |
| **Name** (printed): | | |
| | | |
| **Signature:** | Date: | |

- All completed and signed PDF documents must be uploaded as part of the service request on https://www.delta.com/mytrips/
- By submitting this form, the passenger and medical/mental health professional consent to Delta's Privacy Policy.
- **Keep these completed forms with you while traveling.**
- **Authorization for your animal is not confirmed until the animal is visually verified at airport check-in counter.**

11/18/2019                                                                                      3

*E*

▲ **DELTA** "EXHIBIT F"                                     **FORM 4 OF 4**

**Emotional Support/Psychiatric Service Animal Request**
# Confirmation of Animal Training

Emotional Support animals onboard an aircraft must be trained to behave in public. As confirmation of training, please complete this form. This form is only valid for Delta/Delta Connection operated flights.

| Customer Full Name or SkyMiles number: | |
|---|---|
| I confirm that this animal has been trained to behave in a public setting and takes my direction upon command. (Mark check box to confirm.) | ☐ |
| I am not aware of any reason that this animal would be too large or heavy to be accommodated under the seat or within my foot space onboard a typical aircraft. (Mark check box to confirm.) | ☐ |
| I understand that, if this animal acts inappropriately, it will only be accepted in accordance with Delta's current pet policies or may be denied boarding on current or future travel. (Mark check box to confirm.) | ☐ |
| I assume full responsibility for the behavior of this animal, including its interaction with crew, other passengers or their property while onboard the aircraft. I understand that I will be expected to reimburse Delta or its passengers for any loss, damage or expense resulting from any misbehavior by my animal. (Mark check box to confirm.) | ☐ |

| **Name** (printed): | |
|---|---|
| **Signature:** | Date: |

- All completed and signed PDF documents must be uploaded as part of the service request on https://www.delta.com/mytrips/.
- By submitting this form, the passenger consents to Delta's Privacy Policy.
- **Keep these completed forms with you while traveling.**
- **Authorization for your animal is not confirmed until the animal is visually verified at airport check-in counter.**

11/18/2019